PER CURIAM: Cory T

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Cory T. Credell,       
Appellant.
 
 
 

Appeal From Orangeburg County
Luke N. Brown, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-273
Submitted November 20, 2002  Filed 
 April 15, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Cory T. Credell appeals his 
 convictions for murder and first-degree burglary. The trial judge sentenced 
 Credell to concurrent terms of life imprisonment. 
Pursuant to Anders v. California, 386 
 U.S. 738 (1967), counsel for Credell attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Credells appeal is without legal merit sufficient to warrant a new trial.  
 Credell filed a separate pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL 
 DISMISSED.
 CONNOR, 
 STILWELL, and HOWARD, JJ., concur.